IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

UNITED STATES OF AMERICA

v.                                              CRIMINAL NO. 5:01-00214-001

SAMUEL MACK BATEY, JR.

### MEMORANDUM OPINION AND ORDER

By letter, defendant requested early release from his term of supervised release.  The court has considered defendant's background, his performance while on supervised release, and the recommendation of the United States Probation Office.  In light of his extensive criminal history, the court does not believe that defendant is an appropriate candidate for early termination of supervised release and DENIES defendant's motion.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to defendant, counsel of record,, and the Probation Office of this court.

**IT IS SO ORDERED** this 2nd day of June, 2010.

ENTER:

David A. Faber
Senior United States District Judge